# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Curtis Bruce,<br><br>      Plaintiff,<br><br>vs.<br><br>Professional Credit Service,<br>a foreign corporation,<br><br>      Defendant. | Case No.:<br><br><br>**COMPLAINT**<br><br><br>**JURY TRIAL DEMAND** |

## COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COMES THE PLAINTIFF, CURTIS BRUCE, BY AND THROUGH COUNSEL, Mitchell Fraley, Esq. and for his Complaint against the Defendant, pleads as follows:

## I.
## NATURE OF THE ACTION

1. This is an action brought by a consumer for violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337

## II.

## **JURISDICTION AND VENUE**

2. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

3. Venue is proper in the Middle District of Florida as the Defendant Professional Credit Service conducts business in the State of Florida.

## III.

## **PARTIES**

4. Plaintiff is a natural person residing in Davenport, Polk County, Florida.

5. The Defendant to this lawsuit is Professional Credit Services which is a foreign corporation that conducts business in the state of Florida.

## IV.

## **GENERAL ALLEGATIONS**

6. Defendant is attempting to collect a consumer type debt allegedly owed by Plaintiff to Consumer Cellular in the amount of $176.00 ("the Alleged Debt").

7. Plaintiff disputes the Alleged Debt.

8. On April 17, 2020, Plaintiff obtained his TransUnion credit disclosure and noticed Defendant reporting the Alleged Debt.

9. On or about April 29, 2020, Plaintiff sent Defendant a letter disputing the Alleged Debt.

10. On July 2, 2020, Plaintiff obtained his TransUnion credit disclosure, which showed that Alleged Debt was changed to $178.00 and noticed Defendant last reported the tradeline reflected by the Alleged Debt to TransUnion on May 29, 2020 and failed or refused to flag its trade line as disputed, in violation of the FDCPA.

11. In the credit reporting industry, data furnishers, such as the Defendant, communicate electronically with the credit bureaus.

12. Defendant had more than ample time to instruct Experian, Trans Union, and Equifax to flag its trade line as Disputed.

13. Defendant's inaction to have its trade line on Plaintiff's credit reports flagged as disputed was either negligent or willful.

14. Plaintiff suffered pecuniary and emotional damages as a result of Defendant's actions. His credit report continues to be damaged due to the Defendant's failure to properly report the associated trade line.

## COUNT I - VIOLATION OF
## THE FAIR DEBT COLLECTION PRACTICES ACT

15. Plaintiff reincorporates the preceding allegations by reference.

16. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

17. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

18. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

19. Defendant's foregoing acts in attempting to collect this alleged debt violated 15 U.S.C. §1692e(8) of the FDCPA by communicating to any person credit information, which is known to be false or should be known to be false, including failure to report a disputed debt as disputed.

20. To date, and a direct and proximate cause of the Defendant's failure to honor its statutory obligations under the FDCPA, the Plaintiff has continued to suffer from a degraded credit report and credit score.

21. Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## **DEMAND FOR JUDGMENT RELIEF**

Accordingly, Plaintiff requests that the Court grant him the following relief against the Defendant:

a. Actual damages;

b. Statutory damages;

c. Statutory costs and attorneys' fees.

## **JURY DEMAND**

Plaintiff hereby demands a trial by Jury.

DATED: October 30, 2020

>By: /s/ Mitchell L. Fraley
>Mitchell L. Fraley
>Trial Counsel
>Florida Bar No. 0132888
>Fraley Law LLC
>412 East Madison Street
>Suite 1213
>Tampa, Florida 33602
>Phone: (313) 466-8381
>Email: mitchell@fraleyfirm.com
>*Attorney(s) for Plaintiff,*
>*Curtis Bruce*